UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS AMPARO,<br><br>    Petitioner,<br><br>  v.<br><br>G. NEOTI, warden,<br><br>    Respondent.<br>_____ / | No. C 11-4436 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed because petitioner has a habeas petition pending that challenges the same conviction he seeks to challenge in this action.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 12, 2011

                                      SUSAN ILLSTON
                                United States District Judge