UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS AMPARO, | No. C 11-4436 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. NEOTI, warden, | |
| Respondent. | |

This action is dismissed because petitioner has a habeas petition pending that challenges the same conviction he seeks to challenge in this action.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 12, 2011

                                                SUSAN ILLSTON
                                              United States District Judge

**United States District Court**
For the Northern District of California